**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GIASSON AEROSPACE SCIENCE, INC., et al.,

    Plaintiffs,

v.                                                    Case No. 08-13667

RCO ENGINEERING, INC.,

    Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

    Before the court is Defendant's July 27, 2009 motion for protective order, in which Defendant seeks to prohibit Plaintiffs' outside counsel from viewing documents marked "Attorneys' Eyes Only" ("AEO").  On September 2, 2009, the court conducted a status conference in the above-captioned matter.  During the conference, counsel agreed to a resolution of the motion and a way to permit Plaintiffs' outside counsel to view the AEO documents.  Counsel are expected to memorialize their agreement in a memorandum of understanding, which may, but need not be submitted to the court.  Accordingly,

    IT IS ORDERED that Defendant's motion for protective order [Dkt. # 51] is DENIED AS MOOT.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: September 8, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner<br>
Case Manager and Deputy Clerk<br>
(313) 234-5522