**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GIASSON AEROSPACE SCIENCE, INC., et al.,

    Plaintiffs,

v.                                                                                  Case No. 08-13667

RCO ENGINEERING, INC.,

    Defendant.

_____/

**ORDER ADJOURNING BRIEFING DATES**

On November 3, 2009, the court conducted a telephone conference in the above-captioned case with counsel for all parties. Pending before the court are Defendant's motion for partial summary judgment, filed on October 13, 2009; Plaintiffs' motion to dismiss, filed on October 22, 2009; and Defendant's motion to compel answers to interrogatories, filed on October 23, 2009. During the conference, Plaintiffs' counsel informed the court that lead counsel for Plaintiffs has fallen seriously ill. Plaintiffs therefore requested a week-long extension to file its response in opposition to Defendant's motion for partial summary judgment. Defense counsel agreed that the extension is warranted. After the conference, Plaintiffs indicated to court staff that they also required an extension to respond to Defendant's motion to compel.[1] Accordingly,

---

[1] Defense counsel did, however, express concern that an extension would mean that Defendant's response to Plaintiffs' motion to dismiss would be due after Plaintiffs' response to Defendant's motion for partial summary judgment. Defendant requested an extension of time to respond to Plaintiffs' motion to dismiss so that it could incorporate material from Plaintiffs' response in its response. The court will not extend Defendant's time to respond, but it will not foreclose the possibility of supplemental briefing should Defendant seek leave to supplement its response with material from Plaintiffs' responses to its motions. In such a case, the court reminds Defendant to ask for

IT IS ORDERED that Plaintiffs file a response to Defendant's October 13, 2009 motion for partial summary judgment on or before **November 13, 2009**.

IT IS FURTHER ORDERED that Plaintiffs file a response to Defendant's October 23, 2009 motion to compel on or before **November 13, 2009**.

IT IS FURTHER ORDERED that Defendant file replies to both of Plaintiffs' responses on or before **November 20, 2009**.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 5, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 5, 2009, by electronic and/or ordinary mail.

 S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

Plaintiffs' concurrence in addition to seeking leave from the court.