**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GIASSON AEROSPACE SCIENCE, INC., et al.,

    Plaintiffs,

v.                                                         Case No. 08-13667

RCO ENGINEERING, INC.,

    Defendant.
                                                     /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS AND
SETTING TELEPHONE CONFERENCE**

On February 8, 2010, the court received a letter from defense counsel informing the court that the parties have agreed on a framework for settlement negotiations. The letter presents the court with a unified timeline and plan under which to conduct settlement negotiations. The plan contemplates that the parties will diligently work toward settlement within the next month. The parties will conduct a settlement conference with principals on February 16, 2010; after the conference, the parties will have until March 5, 2010, to resolve any remaining issues. The court is satisfied that the parties will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED pending settlement negotiations between the parties in accordance with the proposed schedule that was presented to the court. The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted.

IT IS FURTHER ORDERED that the parties will participate in a telephone status conference on **March 5, 2010, at 2:00 p.m.** The court will initiate the telephone call.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 10, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 10, 2010, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522