IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIASSON AEROSPACE SCIENCE INC.　)
a Canadian corporation,　)
and　)
GIASSON DESIGN INC.,　)
a Canadian corporation　)
　　　　　　　Plaintiffs,　)　Civil Action No.
　)　　2:08-cv-13667
　)
　　　v.　)
　)
RCO ENGINEERING., INC.,　)
a Michigan Corporation　)
　　　　　　　Defendant.　)

## CONSENT ORDER OF DISMISSAL

The court, on this 23rd day of June, 2010, having been advised that the Plaintiffs and Defendant have agreed to settle this action, and the parties having submitted this Consent Order of Dismissal to the court for its consideration and approval:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction over the parties and the subject matter of this suit.

2. All claims and counterclaims in this action are dismissed with prejudice.

3. Each party shall bear its own costs and attorney fees.

4. The court specifically retains jurisdiction of this matter and the parties' Confidential Settlement and Mutual Release Agreement for the purpose of resolving any disputes

regarding the interpretation, enforcement, or performance of the terms of the Settlement Agreement.

**IT IS SO ORDERED**

Date: June 23, 2010

s/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Judge

Accepted and approved by:

**Fraser Trebilcock Davis & Dunlap**, **P.C.**

By: /s/ Mark R. Fox
   124 West Allegan Street
   Suite 1000
   Lansing, Michigan 48933
   (517) 482-5800 – Telephone
   *Counsel for Plaintiffs*

**Rader, Fishman & Grauer PLLC**

By: /s/ Bill C. Panagos
   39533 Woodward Ave., Suite 140
   Bloomfield Hills , Michigan 48304
   Telephone No.: (248) 594-0658
   *Counsel for Defendant*